**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
San Jose DIVISION**

In re: SURPLUS PROCESS EQUIPMENT CORPORATION § § § § Case No. 16-53504

    Debtor(s)

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

    Kari S. Bowyer, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $357,462.32 | Assets Exempt: | N/A |
| Total Distributions to Claimants: | $18,038.99 | Claims Discharged Without Payment: | N/A |
| Total Expenses of Administration: | $31,306.68 | | |

    3) Total gross receipts of $52,895.67 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $3,550.00 (see **Exhibit 2**), yielded net receipts of $49,345.67 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $1,665.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $31,306.68 | $31,306.68 | $31,306.68 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $1.00 | $2,975.76 | $2,975.76 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $898,923.53 | $1,374,548.08 | $1,374,548.08 | $18,038.99 |
| **TOTAL DISBURSEMENTS** | $898,924.53 | $1,410,495.52 | $1,408,830.52 | $49,345.67 |

4) This case was originally filed under chapter 7 on 12/15/2016. The case was pending for 27 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/02/2019   By: /s/ Kari S Bowyer
Trustee

**STATEMENT** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Inventory - Semi-Conductor Equipment | 1129-000 | $14,500.00 |
| Deposit Reversal: Payment on outstanding PO 4513147473 Confirmed AR payment made pre-petition to debtor's BofA Account (12/13/16) | 1110-000 | -$500.00 |
| Payment on outstanding PO 0000453804 | 1110-000 | $900.00 |
| Payment on Invoice 86543 and 86566 | 1280-000 | $3,550.00 |
| Post petition transfer of funds to debtor's accountant Branton & De Jong | 1241-000 | $5,758.38 |
| Misc office furniture, Equipment and electronics | 1129-000 | $500.00 |
| American Express (preference) | 1141-000 | $21,000.00 |
| Bank of America CK #0973 | 1129-000 | $6,727.29 |
| Refund for over payment of state taxes 12/16 | 1224-000 | $800.00 |
| AR owed by Texas Instruments | 1221-000 | $60.00 |
| Deposit Reversal: Payment on outstanding PO 0000453804; confirmed AR paid pre-petition to Debtor's BofA Account (12/13/16) | 1110-000 | -$900.00 |
| Payment on outstanding PO 4513147473 | 1110-000 | $500.00 |
| **TOTAL GROSS RECEIPTS** | | **$52,895.67** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Semiconducting Tooling Services, Inc. | Return of non-estate funds (deposit 01/24/17); confirmed previously paid by wire transfer (12/2/16) | 8500-002 | $3,550.00 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$3,550.00** |

## EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 8S | Blue Bridge Global Corporation | 4110-000 | NA | $1,665.00 | $0.00 | $0.00 |
| | **TOTAL SECURED** | | **$0.00** | **$1,665.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - Kari S. Bowyer | 2100-000 | NA | $5,684.57 | $5,684.57 | $5,684.57 |
| Trustee, Expenses - Kari S. Bowyer | 2200-000 | NA | $45.93 | $45.93 | $45.93 |
| Auctioneer Fees - Hbendix Auctioneers | 3610-000 | NA | $1,800.00 | $1,800.00 | $1,800.00 |
| Bond Payments - BOND | 2300-000 | NA | $14.75 | $14.75 | $14.75 |
| Administrative Rent - Versgrove Moving Systems | 2410-000 | NA | $2,652.77 | $2,652.77 | $2,652.77 |
| Banking and Technology Service Fee - Rabobank, N.A. | 2600-000 | NA | $716.34 | $716.34 | $716.34 |
| Other State or Local Taxes (post-petition) - FRANCHISE TAX BOARD | 2820-000 | NA | $800.00 | $800.00 | $800.00 |
| Attorney for Trustee Fees (Other Firm) - Glosson Law | 3210-000 | NA | $16,150.00 | $16,150.00 | $16,150.00 |
| Attorney for Trustee Expenses (Other Firm) - Glosson Law | 3220-000 | NA | $668.72 | $668.72 | $668.72 |
| Accountant for Trustee Fees (Other Firm) - KOKJER, PIEROTTI, MAIOCCO & DUCK LLP | 3410-000 | NA | $2,600.00 | $2,600.00 | $2,600.00 |
| Accountant for Trustee Expenses (Other Firm) - KOKJER, PIEROTTI, MAIOCCO & DUCK LLP | 3420-000 | NA | $173.60 | $173.60 | $173.60 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **NA** | **$31,306.68** | **$31,306.68** | **$31,306.68** |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4P-3 | Internal Revenue Service | 5800-000 | NA | $2,975.76 | $2,975.76 | $0.00 |
| N/F | Franchise Tax Board | 5600-000 | $1.00 | NA | NA | NA |
| | TOTAL PRIORITY UNSECURED CLAIMS | | $1.00 | $2,975.76 | $2,975.76 | $0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Clerk of the Bankruptcy Court | 7100-002 | NA | $5,546.59 | $5,546.59 | $5,546.59 |
| 1 | Praxair Distribution Inc | 7100-000 | $2,518.40 | $2,294.75 | $2,294.75 | $26.49 |
| 2 | Modutek Corporation | 7100-000 | $295.00 | $2,695.00 | $2,695.00 | $31.12 |
| 3 | Hoge Fenton Jones & Appel, Inc.Gina Anderson Hoge Fenton Jones & Appel | 7100-000 | NA | $0.00 | $0.00 | $0.00 |
| 4U-2 | Internal Revenue Service | 7300-000 | $1.00 | $2,000.65 | $2,000.65 | $0.00 |
| 5 | Hoge Fenton Jones & Appel, Inc.I | 7100-000 | $44,560.13 | $15,057.13 | $15,057.13 | $173.84 |
| 6 | Jazz Semiconductor, Inc. | 7100-000 | $138,070.63 | $138,070.63 | $138,070.63 | $1,594.09 |
| 7 | Semiflow Engineering LLC | 7100-000 | $2,125.00 | $2,125.00 | $2,125.00 | $24.53 |
| 8U | Blue Bridge Global Corporation | 7100-000 | $3,328.54 | $3,465.00 | $3,465.00 | $40.01 |
| 9 | PacTec 2nd Source, Inc. | 7100-000 | $7,100.00 | $7,100.00 | $7,100.00 | $81.97 |
| 10 | John Sardi | 7100-000 | NA | $890,208.34 | $890,208.34 | $10,277.89 |
| 11 | Infinera Corporation | 7100-000 | $104,700.00 | $222,670.00 | $222,670.00 | $0.00 |
| 12 | Vishay Siliconix Inc. | 7200-000 | $62,314.99 | $62,314.99 | $62,314.99 | $0.00 |
| 13-1 | American Express Bank, FSB | 7100-000 | NA | $21,000.00 | $21,000.00 | $242.46 |
| N/F | ACE Seal Company | 7100-000 | $183.32 | NA | NA | NA |
| N/F | AT&T | 7100-000 | $187.67 | NA | NA | NA |

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | ATT-Qume Phone/Internet | 7100-000 | $3.43 | NA | NA | NA |
| N/F | Aeronet | 7100-000 | $7,468.42 | NA | NA | NA |
| N/F | Allied Administrators for Delta Dental | 7100-000 | $380.48 | NA | NA | NA |
| N/F | Apollo TB Electric | 7100-000 | $1,800.00 | NA | NA | NA |
| N/F | Avago Technoiogies Manuf. (Singapore) | 7100-000 | $39,000.00 | NA | NA | NA |
| N/F | B of A Business Card | 7100-000 | $31,000.00 | NA | NA | NA |
| N/F | Chubb Group | 7100-000 | $3,119.75 | NA | NA | NA |
| N/F | Citibusiness | 7100-000 | $600.00 | NA | NA | NA |
| N/F | Delta Alarm | 7100-000 | $260.00 | NA | NA | NA |
| N/F | Desert China Technology, LLC | 7100-000 | $372,000.00 | NA | NA | NA |
| N/F | Federal Express | 7100-000 | $156.03 | NA | NA | NA |
| N/F | Finishing First | 7100-000 | $150.00 | NA | NA | NA |
| N/F | Jelight Company | 7100-000 | $885.00 | NA | NA | NA |
| N/F | KDL Services | 7100-000 | $6,795.19 | NA | NA | NA |
| N/F | Kaiser Permanente | 7100-000 | $1,446.74 | NA | NA | NA |
| N/F | LP Glassblowing. Inc. | 7100-000 | $807.00 | NA | NA | NA |
| N/F | MKS Instruments | 7100-000 | $11,320.00 | NA | NA | NA |
| N/F | McMaster-Carr Supply Company | 7100-000 | $897.18 | NA | NA | NA |
| N/F | Metrologytek, Inc. | 7100-000 | $15,636.45 | NA | NA | NA |
| N/F | Modular Process Tech | 7100-000 | $1,270.00 | NA | NA | NA |
| N/F | Omnitek | 7100-000 | $600.00 | NA | NA | NA |

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | Pacific Gas & Electric | 7100-000 | $2,609.34 | NA | NA | NA |
| N/F | Process Stainless Lab., Inc. | 7100-000 | $130.00 | NA | NA | NA |
| N/F | Republic Indemnity Co of America | 7100-000 | $1,341.12 | NA | NA | NA |
| N/F | Republic Services | 7100-000 | $203.56 | NA | NA | NA |
| N/F | Santa Clara County | 7100-000 | $23.00 | NA | NA | NA |
| N/F | Silicon Valley Building Maintenance, Inc | 7100-000 | $375.00 | NA | NA | NA |
| N/F | Silicon Valley Semiconductor Inc. | 7100-000 | $937.50 | NA | NA | NA |
| N/F | The Home Depot | 7100-000 | $211.46 | NA | NA | NA |
| N/F | Versgrove Storage | 7100-000 | $212.20 | NA | NA | NA |
| N/F | Viet Le | 7100-000 | $31,900.00 | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | $898,923.53 | $1,374,548.08 | $1,374,548.08 | $18,038.99 |

# Form 1
# Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 1

Case No.: 16-53504
Case Name: SURPLUS PROCESS EQUIPMENT CORPORATION
For Period Ending: 03/02/2019

Trustee Name: (001760) Kari S. Bowyer
Date Filed (f) or Converted (c): 12/15/2016 (f)
§ 341(a) Meeting Date: 01/24/2017
Claims Bar Date: 04/22/2017

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Bank of America CK #0973 | 5,326.61 | 5,326.61 | | 6,727.29 | FA |
| 2 | Inventory - Semi-Conductor Equipment<br>Report of sale (Dkt 46) | 250,000.00 | 9,000.00 | | 14,500.00 | FA |
| 3 | Misc office furniture, Equipment and electronics<br>(Combined assets 39&50); See report of Sale Dkt 46 | 7,500.00 | 1,000.00 | | 500.00 | FA |
| 4 | Copyright: Gasonics L3510<br>Confirmed- no value. | 1.00 | 1.00 | | 0.00 | FA |
| 5 | Website- Specequipment.com | 0.01 | 0.01 | | 0.00 | FA |
| 6 | Outstanding Accounts Receivable<br>Valid defenses for payment- not collectible. | 110,000.00 | 110,000.00 | | 0.00 | FA |
| 7 | Versgrove Storage<br>Location of stored goods. | 1.00 | 1.00 | | 0.00 | FA |
| 8 | Accounts Receivable- Not previously listed (u)<br>Payment on Invoice 86543 and 86566; confirmed funds received for invoices were previously paid by wire to debtor's bank account pre-petition. Funds returned. | 0.00 | 0.00 | | 0.00 | FA |
| 9 | American Express (preference)<br>Order confirming settlement (Dkt 57) | 51,992.15 | 23,951.75 | | 21,000.00 | FA |
| 10 | Bayani Banaag | 7,657.38 | 0.00 | | 0.00 | FA |
| 11 | CH Pension Service Inc. | 11,695.00 | 0.00 | | 0.00 | FA |
| 12 | Edward Dukats | 21,000.00 | 0.00 | | 0.00 | FA |
| 13 | Everardo Caballero | 16,977.93 | 0.00 | | 0.00 | FA |
| 14 | EDD | 6,656.17 | 0.00 | | 0.00 | FA |
| 15 | Fidelity-SPEC PSP Loan (u) | 52,784.11 | 0.00 | | 0.00 | FA |
| 16 | Internal Revenue Service | 31,450.64 | 0.00 | | 0.00 | FA |
| 17 | KDL Services | 7,680.36 | 0.01 | | 0.00 | FA |
| 18 | Leland Stevens | 11,244.87 | 0.00 | | 0.00 | FA |
| 19 | Michael Tran<br>Monthly lease obligation. | 23,599.64 | 0.00 | | 0.00 | FA |
| 20 | Viet Le | 43,714.21 | 0.00 | | 0.00 | FA |
| 21 | Post petition transfer of funds to debtor's accountant Branton & De Jong (u) | 5,758.38 | 5,758.38 | | 5,758.38 | FA |

UST Form 101-7-TDR ( 10 /1/2010)

# Form 1
# Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 2

| Case No.: | 16-53504 | Trustee Name: | (001760) Kari S. Bowyer |
| Case Name: | SURPLUS PROCESS EQUIPMENT CORPORATION | Date Filed (f) or Converted (c): | 12/15/2016 (f) |
| | | § 341(a) Meeting Date: | 01/24/2017 |
| For Period Ending: | 03/02/2019 | Claims Bar Date: | 04/22/2017 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=§554(a) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 22 | Sanctions- Violation of automatic stay; Versgrove (u) | 13,000.00 | 13,000.00 | | 0.00 | FA |
| 23 | Refund for over payment of state taxes 12/16 (u) | 800.00 | 800.00 | | 800.00 | FA |
| 24 | AR owed by Texas Instruments (u) | 0.00 | 60.00 | | 60.00 | FA |
| **24** | **Assets Totals (Excluding unknown values)** | **$678,839.46** | **$168,898.76** | | **$49,345.67** | **$0.00** |

UST Form 101-7-TDR ( 10 /1/2010)

Form 1  
Exhibit 8  
**Individual Estate Property Record and Report**  
Page: 3  
**Asset Cases**

Case No.: 16-53504  
Trustee Name: (001760) Kari S. Bowyer  
Case Name: SURPLUS PROCESS EQUIPMENT CORPORATION  
Date Filed (f) or Converted (c): 12/15/2016 (f)  
§ 341(a) Meeting Date: 01/24/2017  
For Period Ending: 03/02/2019  
Claims Bar Date: 04/22/2017

**Major Activities Affecting Case Closing:**

12/16/16 Review case after filing.  Send demand letter to BofA regarding bank funds.
12/19/16 Received call from BofA- funds held, correspondence must be mailed via certified mail for turnover.
12/20/16 Mailed certified correspondence to BofA- contacted Versgrove Storage to view estate assets;
12/23/16 Attempt to view assets- no one available.
12/26/16 Email to West with equipment list to value property. Confirmed based on inventory list cost of sale would exceed value;
01/03/17 Versgrove Storage, failed to respond- left add'l voicemail requesting return call to arrange viewing.
01/05/17 Further call/voicemail to Versgrove Storage re viewing assets. - No response.
01/17/17 Email to debtor's counsel re estate assets. Draft correspondence to Versgrove requesting access- sent via certified mail.
01/18/17 Received voicemail from J. Versgrove- responded via email to same.  Email to H. Bendix auctioneers review sale of assets and scheduled for viewing on Monday January 24th
01/21/17 Prepared for upcoming MOC and emailed notes to estate's counsel for review.
01/22/17 Confirmed case filed as no asset- updated to request notice of possible dividend.
01/24/17 Conducted scheduled MOC, Received checks at the scheduled MOC- prepared deposit.
01/27/17 Two of the three checks deposited were returned, see if collectible.
01/30/17 Left VM with potential agent re sale of estate assets.
02/06/17 Review additional documents submitted- confirmed missing information/documents.
02/07/17 Continued MOC scheduled- no personal appearance required.
02/11/17 Review status from agent re potential sale of assets;
02/12/17 Confirm no secured creditors based on UCC filings.
02/20/17 Email to auctioneer re status of sale of assets.
02/21/17 Continue MOC scheduled. Conclude.
02/22/17 Review and accept offer to purchase estate assets
02/28/17 Email to proposed accountant re estate tax issues, review and respond to email from auctioneer, review and respond to estate's counsel. Confirmed order entered re employment of auctioneer.
03/01/17 Confirmed motion to sell estate assets and pay agent is filed.
03/02/17 Phone conference with Versgrove Storage to resolve potential administrative storage claim- informed the assets would not be released. Phone conference with counsel re issues.
03/06/17 Review and approve motion for turnover of estate assets, discuss need to file adversary.
03/08/17 Received voicemail re interest in bid for estate assets- returned call and left detail message re procedure.
03/21/17 Phone conference with counsel re upcoming hearing;
03/22/17 Court approving sale of estate assets and turnover.
03/23/17 Phone conference with counsel re sale of underlying assets, email to agent and buyer re order approving sale of estate assets;
03/24/17 Review demand correspondence on outstanding AR;
03/27/17 Review email from buyer that Versgrove storage will not release assets to buyer, discuss with counsel;
03/29/17 Review motion, proposed order for turnover of estate assets and discuss help of US Marshall; Motion for contempt filed.
03/30/17 Phone conference with agent re recent phone conference with buyer re turnover of assets.
04/05/17 Spoke with counsel and agent re delivery of estate property.
04/06/17 Hearing on contempt by Versgrove held, phone conference with counsel re hearing.
04/11/17  Draft and mail demand for return of preference payments.
04/17/17 Received potential contact for valuation and sale of trademark.  Forward information for valuation.
04/19/17 Review supplemental statement re sale of estate assets filed as Dkt. 44
04/20/17 Draft and file report of sale of estate assets.
05/05/17 Confirmed settlement with AMEX on preference claim.
05/09/17 Follow-up email/phone call re trademark value.
06/06/17 Trustee reply to Versgrove response filed with the court-submitted.
06/21/17 Confirmed the estate trademark has no value.
06/22/17 Email from/to Semiconductor Tooling that they paid twice on the same PO- need documentation to confirm.
06/26/17 Continue to Pension retirement terminate petition final 15.07.58 filed.

# Form 1
# Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 4

Case No.: 16-53504
Case Name: SURPLUS PROCESS EQUIPMENT CORPORATION
For Period Ending: 03/02/2019

Trustee Name: (001760) Kari S. Bowyer
Date Filed (f) or Converted (c): 12/15/2016 (f)
§ 341(a) Meeting Date: 01/24/2017
Claims Bar Date: 04/22/2017

07/02/17 Email to Semiconductor tooling, correct double payment, refund will be issued.
07/15/17 Refund check mailed
07/17/17 Phone conference with counsel re status of case and matters to resolve before case closing. Send demand to debtor's accountant for receipt of post-petition funds and demand turnover.
08/09/17 Demand for turnover of estate assets mailed.
08/10/17 Review order by court denying our sanctions for contempt.
08/11/17 Phone conference with counsel re order and considerations going forward
08/14/17 Draft and mail demand for turnover of funds paid post-petition.
08/18/17 Review settlement to J. Versgrove;
08/23/17 Follow-up re turnover of estate funds for pre-petition AR; confirmed would be provided.
09/14/17 Confirmed third party sent funds to pre-petition bank account. Demand turnover.
10/15/17 Review and approve counsel's fee application;
10/18/17 Received bankruptcy funds, contact R. Pierotti to prepare estate tax return
10/30/17 Email sent requesting tax returns be prepared.
11/02/17 Received, reviewed and returned tax return.
12/4/17 Email to secured party requesting they amend to remove secured status by 12/8/17 or will file objection to claim.
12/10/17 Begin preparation of the TFR
12/29/17 No response, drafted and mailed objection
12/31/17 Filed objection with the court
02/02/18 Drafted and filed default paperwork; continue preparation of the TFR and related documents.
2/13/18 Serve objection to creditor Blue Bridge Global. Court rejected- reserve
03/28/18 Order entered on estate's objection to claim. TFR submitted.
06/27/18 TFR set for hearing, notified of error in priority payment
07/01/18 Update TFR and submit amended TFR
09/26/18 TFR heard; upload order
09/30/18 Mailed all distribution checks.
1/4/19 Confirmed 2 checks have not cleared- put stop payment on check and contact creditors.
1/9/19 Mail notice of unclaimed funds.
2/2/19 filed amended notice of unclaimed funds to complete creditor address.
3/2/19 Confirmed all checks cleared- file and submit TDR.

**Initial Projected Date Of Final Report (TFR):** 01/31/2018   **Current Projected Date Of Final Report (TFR):** 03/28/2018 (Actual)

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9
Page: 1

| Case No.: | 16-53504 | Trustee Name: | Kari S. Bowyer (001760) |
|---|---|---|---|
| Case Name: | SURPLUS PROCESS EQUIPMENT CORPORATION | Bank Name: | Rabobank, N.A. |
| | | Account #: | ******3600 Checking |
| Taxpayer ID #: | **-***6066 | Blanket Bond (per case limit): | $55,486,801.00 |
| For Period Ending: | 03/02/2019 | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 01/13/17 | {1} | Bank of America | Turnover of funds after demand on bank | 1129-000 | 6,727.29 | | 6,727.29 |
| 01/24/17 | | Semiconductor Tooling Services, Inc | Payment on Invoice 86543 and 86566 | 1280-000 | 3,550.00 | | 10,277.29 |
| 01/24/17 | | Texas Instruments Incorporated | Payment on outstanding PO ******7473 | 1110-000 | 500.00 | | 10,777.29 |
| 01/24/17 | | Intersil | Payment on outstanding PO ******3804 | 1110-000 | 900.00 | | 11,677.29 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 11,667.29 |
| 01/31/17 | | Texas Instruments Incorporated | Deposit Reversal: Payment on outstanding PO ******7473 Confirmed AR payment made pre-petition to debtor's BofA Account (12/13/16) | 1110-000 | -500.00 | | 11,167.29 |
| 01/31/17 | | Intersil | Deposit Reversal: Payment on outstanding PO ******3804; confirmed AR paid pre-petition to Debtor's BofA Account (12/13/16) | 1110-000 | -900.00 | | 10,267.29 |
| 02/27/17 | | California Bank of Commerce | Sale of underlying estate assets subject to overbid | | 15,000.00 | | 25,267.29 |
| | {2} | | Equipment $14,500.00 | 1129-000 | | | 25,267.29 |
| | {3} | | Office tools and equipment $500.00 | 1129-000 | | | 25,267.29 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 13.78 | 25,253.51 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 37.53 | 25,215.98 |
| 04/13/17 | 101 | HBendix Auctioneers | Commission paid on sale of estate assets. 12% of sale proceeds $15,000.00. No expenses incurred. Dkt 33-Order. | 3610-000 | | 1,800.00 | 23,415.98 |
| 04/13/17 | 102 | FRANCHISE TAX BOARD | 2017 Form 100-ES; Paid pursuant to court order Dkt 43 | 2820-000 | | 800.00 | 22,615.98 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 32.98 | 22,583.00 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 35.92 | 22,547.08 |
| 06/05/17 | {9} | American Express Travel Related Services | Settlement Payment with AMEX on preference payment | 1141-000 | 21,000.00 | | 43,547.08 |
| 06/08/17 | {23} | State of California | 12/2016 Overpayment on State Tax | 1224-000 | 800.00 | | 44,347.08 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 57.28 | 44,289.80 |
| | | | **Page Subtotals:** | | **$47,077.29** | **$2,787.49** | |

Case: 16-53504    Doc# 96    Filed: 03/22/19    Entered: 03/22/19 11:27:59    Page 13 of 17

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9
Page: 2

| Case No.: | 16-53504 | Trustee Name: | Kari S. Bowyer (001760) |
|---|---|---|---|
| Case Name: | SURPLUS PROCESS EQUIPMENT CORPORATION | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***6066 | Account #: | ******3600 Checking |
| For Period Ending: | 03/02/2019 | Blanket Bond (per case limit): | $55,486,801.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 07/15/17 | 103 | Semiconducting Tooling Services, Inc. | Return of non-estate funds (deposit 01/24/17); confirmed previously paid by wire transfer (12/2/16) | 8500-002 | | 3,550.00 | 40,739.80 |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 60.72 | 40,679.08 |
| 08/18/17 | {21} | Branton, de Jong & Associates | Return of estate funds paid post-petition cleared bank petition date. | 1241-000 | 5,758.38 | | 46,437.46 |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 66.85 | 46,370.61 |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 64.47 | 46,306.14 |
| 10/16/17 | {24} | Bank of America | Funds paid by Texas Instruments and sent via EFT to Bank of America. Funds returned. | 1221-000 | 60.00 | | 46,366.14 |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 71.08 | 46,295.06 |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 66.58 | 46,228.48 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 64.27 | 46,164.21 |
| 01/25/18 | 104 | International Sureties, LTD | Bond #016048574 Term 01/01/18-01/01/19 | 2300-000 | | 14.75 | 46,149.46 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 73.03 | 46,076.43 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 61.85 | 46,014.58 |
| 09/30/18 | 105 | KOKJER, PIEROTTI, MAIOCCO & DUCK LLP | Combined dividend payments for Claim #Dkt, Dkt | | | 2,773.60 | 43,240.98 |
| | | | Claims Distribution - Sun, 07-01-2018 $2,600.00 | 3410-000 | | | 43,240.98 |
| | | | Claims Distribution - Sun, 07-01-2018 $173.60 | 3420-000 | | | 43,240.98 |
| 09/30/18 | 106 | Glosson Law | Combined dividend payments for Claim #Dkt, Dkt | | | 16,818.72 | 26,422.26 |
| | | | Claims Distribution - Sun, 07-01-2018 $16,150.00 | 3210-000 | | | 26,422.26 |
| | | | Claims Distribution - Sun, 07-01-2018 $668.72 | 3220-000 | | | 26,422.26 |
| 09/30/18 | 107 | Kari S. Bowyer | Combined trustee compensation & expense dividend payments. | | | 5,730.50 | 20,691.76 |
| | | | Page Subtotals | | $5,818.38 | $29,416.42 | |

Case: 16-53504   Doc# 96   Filed: 03/22/19   Entered: 03/22/19 11:27:59   Page 14 of 17

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

# Form 2
## Cash Receipts And Disbursements Record

Exhibit 9
Page: 3

| Case No.: | 16-53504 | Trustee Name: | Kari S. Bowyer (001760) |
|---|---|---|---|
| Case Name: | SURPLUS PROCESS EQUIPMENT CORPORATION | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***6066 | Account #: | ******3600 Checking |
| For Period Ending: | 03/02/2019 | Blanket Bond (per case limit): | $55,486,801.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | | Claims Distribution - Sun, 07-01-2018 $5,684.57 | 2100-000 | | | 20,691.76 |
| | | | Claims Distribution - Sun, 07-01-2018 $45.93 | 2200-000 | | | 20,691.76 |
| 09/30/18 | 108 | Versgrove Moving Systems | Claim Dividend paid 100.00% on $2,652.77 ] Claim Number  Claim Filed Amount $2,652.77 | 2410-000 | | 2,652.77 | 18,038.99 |
| 09/30/18 | 109 | Internal Revenue Service | Claim Dividend paid 100.00% on $2,975.76 ] Claim Number 4P-3 Claim Filed Amount $2,975.76 Stopped on 01/07/2019 | 5800-000 | | 2,975.76 | 15,063.23 |
| 09/30/18 | 110 | Praxair Distribution Inc | Claim Dividend paid 1.15% on $2,294.75 ] Claim Number 1 Claim Filed Amount $2,294.75 | 7100-000 | | 26.49 | 15,036.74 |
| 09/30/18 | 111 | Modutek Corporation | Claim Dividend paid 1.15% on $2,695.00 ] Claim Number 2 Claim Filed Amount $2,695.00 | 7100-000 | | 31.12 | 15,005.62 |
| 09/30/18 | 112 | Hoge Fenton Jones & Appel, Inc.l | Claim Dividend paid 1.15% on $15,057.13 ] Claim Number 5 Claim Filed Amount $15,057.13 | 7100-000 | | 173.84 | 14,831.78 |
| 09/30/18 | 113 | Jazz Semiconductor, Inc. | Claim Dividend paid 1.15% on $138,070.63 ] Claim Number 6 Claim Filed Amount $138,070.63 | 7100-000 | | 1,594.09 | 13,237.69 |
| 09/30/18 | 114 | Semiflow Engineering LLC | Claim Dividend paid 1.15% on $2,125.00 ] Claim Number 7 Claim Filed Amount $2,125.00 | 7100-000 | | 24.53 | 13,213.16 |
| 09/30/18 | 115 | Blue Bridge Global Corporation | Claim Dividend paid 1.15% on $3,465.00 ] Claim Number 8U Claim Filed Amount $3,465.00 | 7100-000 | | 40.01 | 13,173.15 |
| 09/30/18 | 116 | PacTec 2nd Source, Inc. | Claim Dividend paid 1.15% on $7,100.00 ] Claim Number 9 Claim Filed Amount $7,100.00 | 7100-000 | | 81.97 | 13,091.18 |
| 09/30/18 | 117 | John Sardi | Claim Dividend paid 1.15% on $890,208.34 ] Claim Number 10 Claim Filed Amount $890,208.34 | 7100-000 | | 10,277.89 | 2,813.29 |
| 09/30/18 | 118 | Infinera Corporation | Claim Dividend paid 1.15% on $222,670.00 ] Claim Number 11 Claim Filed Amount $222,670.00 Stopped on 01/07/2019 | 7100-000 | | 2,570.83 | 242.46 |
| 09/30/18 | 119 | American Express Bank, FSB | Claim Dividend paid 1.15% on $21,000.00 ] Claim Number 13-1 Claim Filed Amount $21,000.00 | 7100-000 | | 242.46 | 0.00 |
| 01/07/19 | 109 | Internal Revenue Service | Claim Dividend paid 100.00% on $2,975.76 ] Claim Number 4P-3 Claim Filed Amount $2,975.76 Stopped on 01/07/2019 | 5800-000 | | -2,975.76 | 2,975.76 |
| 01/07/19 | 118 | Infinera Corporation | Claim Dividend paid 1.15% on $222,670.00 ] Claim Number 11 | 7100-000 | | -2,570.83 | 5,546.59 |

Page Subtotals: $0.00 $15,145.17

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

Case: 16-53504   Doc# 96   Filed: 03/22/19   Entered: 03/22/19 11:27:59   Page 15 of 17

# Form 2
## Cash Receipts And Disbursements Record

Exhibit 9
Page: 4

| | | |
|---|---|---|
| **Case No.:** | 16-53504 | |
| **Case Name:** | SURPLUS PROCESS EQUIPMENT CORPORATION | |
| **Taxpayer ID #:** | **-***6066 | |
| **For Period Ending:** | 03/02/2019 | |

| | |
|---|---|
| **Trustee Name:** | Kari S. Bowyer (001760) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******3600 Checking |
| **Blanket Bond (per case limit):** | $55,486,801.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | | Claim Filed Amount $222,670.00 Stopped on 01/07/2019 | | | | |
| 01/09/19 | 120 | Clerk of the Bankruptcy Court | Unclaimed funds: Claim 11 and Claim 4P | 7100-002 | | 5,546.59 | 0.00 |
| | | | COLUMN TOTALS | | 52,895.67 | 52,895.67 | $0.00 |
| | | | Less: Bank Transfers/CDs | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 52,895.67 | 52,895.67 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $52,895.67 | $52,895.67 | |

# Form 2
# Cash Receipts And Disbursements Record

Exhibit 9
Page: 5

| | |
|---|---|
| **Case No.:** | 16-53504 |
| **Case Name:** | SURPLUS PROCESS EQUIPMENT CORPORATION |
| **Taxpayer ID #:** | **-***6066 |
| **For Period Ending:** | 03/02/2019 |

| | |
|---|---|
| **Trustee Name:** | Kari S. Bowyer (001760) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******3600 Checking |
| **Blanket Bond (per case limit):** | $55,486,801.00 |
| **Separate Bond (if applicable):** | N/A |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******3600 Checking | $52,895.67 | $52,895.67 | $0.00 |
| | **$52,895.67** | **$52,895.67** | **$0.00** |